IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOTHAN VAN HOOK DESTEFANO ARCHITECTURE LLC, an Illinois limited liability company, | ) ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 18 CV 275 |
| v. | ) ) | |
| SB YEN MANAGEMENT GROUP, INC., an Illinois corporation and PAPPAGEORGE HAYMES. LTD., an Illinois corporation, | ) ) ) ) | |
| Defendants. | ) | |

## COMPLAINT

Plaintiff Lothan Van Hook DeStefano Architecture LLC ("**LVDA**"), an Illinois limited liability company, brings the following Complaint against Defendants, SB Yen Management Group, Inc. ("**SBY**") and Pappageorge Haymes, Ltd. ("**Pappageorge**") (collectively "**Defendants**"):

## THE PARTIES

1. Plaintiff, LVDA is a full-service architectural and design firm. LVDA's principal office is located at 57 West Grand Avenue, Suite 300, Chicago, Illinois.

2. Defendant SBY is an Illinois corporation with its principal place of business located in Hinsdale, Illinois. SBY manages the real property located at 1101 S. Wabash Avenue, Chicago, Illinois 60654 (the "**1101 Property**") and otherwise participates in its development into a hotel.

3. Defendant PappaGeorge Haymes, Ltd. is an Illinois corporation ("**Pappageorge**") with its registered agent located at 640 N. LaSalle Street, Suite 400, Chicago, Illinois 60654.

Pappageorge serves as the current architect of record for the hotel development on the 1101 Property.

4. This is a complaint for damages and other relief for copyright infringement pursuant to 17 U.S.C. §§ 502, 503, 504 and 505.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over the claims set forth in this Complaint pursuant to the Copyright Act of 1976, 17 U.S.C. § 501, and 28 U.S.C. §§ 1331 and 1338(a). This Court has personal jurisdiction over Defendants because they maintain their principal places of business in this District and purposely direct substantial activities at the residents of Illinois by virtue of the hotel it is constructing at the 1101 Property and other activities conducted within the State of Illinois and this District.

6. Venue is proper in the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. §§ 1391 and 1400(a), because Defendants are residents of this District and a substantial part of the events giving rise to these claims occurred in this District.

## COUNT I

7. Plaintiff LVDA restates and realleges Paragraphs 1 through 6 of this Complaint as Paragraph 7 of this Count I of the Complaint.

8. On or about May 11, 2015, LVDA entered into a contract with 11th St. Wabash, LLC ("**1101 Owner**"), through 1101 Owner's duly authorized agent SBY, to furnish architectural and engineering services/work for the improvement of the 1101 Property (the "**1101 Contract**"). A true and correct copy of the 1101 Contract is attached hereto as **Exhibit A**.

9. From approximately October, 2014 through August 2, 2017, LVDA created architectural and engineering plans for the construction of a hotel on the 1101 Property (the

"**Architectural Plans**").

10. On or about July 25, 2017, 1101 Owner sent LVDA written correspondence terminating the 1101 Contract "for convenience" and advising LVDA that Defendants intended to continue using the Architectural Plans without a license or permission from LVDA. A true and correct copy of 1101 Owner's correspondence dated July 25, 2017 is attached hereto as **Exhibit B**.

11. As acknowledged by 1101 Owner in its correspondence, the City of Chicago issued a building permit on July 13, 2017 based on the Architectural Plans created and submitted by LVDA.

12. All LVDA Architectural Plans contain wholly original text, and pictorial/graphic works owned by LVDA and constituting copyrightable subject matter under U.S. Copyright Law.

13. LVDA owns the copyrights in the following works, all of which are registered in the U.S. Copyright Office:

> 1101 S. Wabash Project
> U.S. Copyright Reg'n No. VAu 1-296-409
> **Exhibit C**, attached hereto and made a part of this Complaint.

14. Since creating its copyrighted works, LVDA has policed the copying and distribution of its works to prevent copyright infringement and pirating of its works.

15. On August 3, 2017, LVDA sent Defendants correspondence advising them that they had no right to use the Architectural Plans and that any unauthorized use would render them liable under federal copyright law. A true and correct copy of LVDA's correspondence is attached hereto as **Exhibit D**.

16. Since at least August, 2017, Defendant PappaGeorge has been performing

architectural services with respect to the hotel project being constructed at the 1101 Property.

17. In performing its duties, PappaGeorge has been and continues to review, utilize and modify LVDA's Architectural Plans without permission or license from LVDA.

18. Defendant SBY is managing construction of the hotel on the 1101 Property.

19. Defendants are utilizing the Architectural Plans to build the hotel on the 1101 Property without license or permission from LVDA.

20. As of the filing of this Complaint, Defendants have not ceased their infringement or compensated LVDA for Defendants unauthorized use of the Architectural Plans.

21. By reason of the foregoing facts, Defendants have infringed the LVDA copyrights attached as Exhibit C.

22. By reason of the foregoing facts, LVDA has been substantially harmed and is entitled to relief pursuant to 17 U.S.C. §§ 502 through 505.

23. By reason of the foregoing facts, Defendants' infringement of LVDA's copyrights has been willful, entitling LVDA to enhanced damages in this action.

WHEREFORE, Plaintiff Lothan Van Hook DeStefano Architecture LLC prays that this Court enter judgment against Defendants SB Yen Management Group, Inc. and PappaGeorge Haymes, Ltd. for their infringement of the LVDA works which are the subject of this Complaint and that this Court also grant the following relief against Defendants:

(a) That Defendants SB Yen Management Group, Inc. and PappaGeorge Haymes, Ltd., their agents, employees, successors, assigns, and all other persons acting in concert with or affiliated with them, be enjoined from any further infringement of LVDA's copyrighted works;

(b) That Defendants SB Yen Management Group, Inc. and PappaGeorge Haymes, Ltd. be ordered to conduct an accounting of all profits derived from publishing, distributing, using, marketing and/or selling unlicensed copies of any LVDA work which is the subject of this Complaint;

(c) That LVDA be awarded its actual damages or, in the alternative, its statutory damages for willful infringement in the amount of $150,000 per violation; and

(d) That LVDA be awarded its attorneys' fees, costs, and any further relief this Court deems just and proper.

January 12, 2018

        Respectfully submitted,

        **LOTHAN VANHOOK DESTEFANO ARCHITECTURE LLC**

        By: /s/ James L. Oakley
            Michael A. Parks
            James L. Oakley
            THOMPSON COBURN LLP
            55 East Monroe, 37th Floor
            Chicago, Illinois 60603
            (312) 346-7500
            joakley@thompsoncoburn.com
            mparks@thompsoncoburn.com

            *Attorneys for Plaintiff*
            *Lothan Van Hook DeStefano*
            *Architecture LLC*