# Affidavit of Process Server

United States District Court of Northern District of Illinois
(NAME OF COURT)

Lothan Van Hook Destefano Architecture LLC. vs SB Yen Management Group, Inc.,/ PapaGeorge Haymes, LTD. 18 CV 275
PLAINTIFF/PETITIONER DEFENDANT/RESPONDENT CASE NUMBER

**I Paul Fotopoulos, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.**

**Service:** I served SB Yen Management Group, Inc.
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons / Complaint

by leaving with SB Yen Management Group, Inc. c/o: J. Joseph Little (Registered Agent) At
NAME RELATIONSHIP

☐ Residence ______
ADDRESS CITY / STATE

☑ Business 221 N. LaSalle St., #1158 Chicago, IL 60601
ADDRESS CITY / STATE

On February 8, 2018 AT 11:10 a.m.
DATE TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on ______
DATE

from ______
CITY STATE ZIP

**Manner of Service:**

☑ **Personal:** By personally delivering copies to the person being served.

☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ______ and explaining the general nature of the papers.

☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address ☐ Moved, Left no Forwarding ☐ Service Cancelled by Litigant ☑ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other ______

**Service Attempts:** Service was attempted on: (1) ______ DATE TIME (2) ______ DATE TIME

(3) ______ DATE TIME (4) ______ DATE TIME (5) ______ DATE TIME

**Description:** Age approx 63 Sex Male Race White Height 5'5" Weight 170 Hair ____ Beard ____ Glasses X

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 8th. day of February, 20 18, by Paul Fotopoulos,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

OFFICIAL SEAL
MARCIA A FOTOPOULOS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/03/20

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of Illinois

NAPPS

FORM 2 NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

LOTHAN VAN HOOK DESTEFANO ARCHITECTURE LLC, an Illinois limited liability company

V.

SB YEN MANAGEMENT GROUP, INC., an Illinois corporation and PAPPAGEORGE HAYMES, LTD., an Illinois corporation

CASE NUMBER: 18 CV 275

ASSIGNED JUDGE: Honorable Sara L. Ellis

DESIGNATED MAGISTRATE JUDGE: Honorable Sheila M. Finnegan

TO: (Name and address of Defendant)

SB Yen Management Group, Inc.
J. Joseph Little, its Registered Agent
221 N. LaSalle St. #1158
Chicago, IL 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James L. Oakley
Thompson Coburn LLP
55 E. Monroe, 37th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

January 19, 2018

DATE